CLERK'S COPY

FILED
AT ALBUQUERQUE NM

FEB 2 3 2000

ROBERT M. MARCH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY CROWELL,

Applicant,

v.

No. CIV-00-0046 MV/LCS

DONALD K. HOOVER,
ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,
COMMONWEALTH OF VIRGINIA,

Respondents,

## MEMORANDUM OPINION AND ORDER

This matter is before the Court sua sponte for preliminary consideration of Applicant's

application for writ of habeas corpus under 28 U.S.C. § 2254. Rule 4 Governing Section 2254 Cases.

Applicant has filed at least one such application previously. *Crowell v. New Mexico State Penitentiary*

*Director*, No. CIV-94-0322 JC/DJS. *See Duhart v. Carlson*, 469 F.2d 471, 473 (10th Cir. 1972) (a court

may take judicial notice of its own records). Under § 2244, before an applicant may file or prosecute

a second or successive § 2254 application, an order authorizing the filing must be issued by the

appropriate court of appeals. *And see Reid v. Oklahoma*, 101 F.3d 628, 630 (10th Cir.1996) (applying

abuse-of-the-writ principles to petition attacking execution of sentence). If the applicant does not

provide the district court with an authorizing order, the § 2254 application must be transferred to the

court of appeals for consideration of the request for authorization. *Coleman v. United States*, 106 F.3d

339, 341 (10th Cir. 1997); 28 U.S.C. § 1631. The instant application is Applicant's second and is not

accompanied by an authorizing order. This proceeding will be transferred pursuant to 28 U.S.C. § 1631.

IT IS THEREFORE ORDERED that the Clerk is directed to transfer this case to the United

States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

_____
UNITED STATES DISTRICT JUDGE